# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>vs. )<br>)<br>WENDELL L. WAITE, )<br>)<br>    Defendant. )<br>_____) | 2:11-cr-00247-PMP-CWH-3<br><br><br><br><br><br>**ORDER** |

Pursuant to this Court's Order (#135) filed June 20, 2014, directing the appointment of counsel for defendant, IT IS HEREBY ORDERED that **Todd M. Leventhal** is appointed to represent Wendell L. Waite for all further proceedings. Mr. Leventhal's address is 626 South Third Street, Las Vegas, NV 89101 and phone number is 702-472-8686.

Mr. Ballard is directed to forward the file to Mr. Leventhal forthwith.

DATED this      20th      day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE