DANIEL G. BOGDEN
United States Attorney
PATRICK BURNS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-6418
John.P.Burns@usdoj.gov

Attorney for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## -OOO-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WENDELL LEROY WAITE,<br><br>　　　　　　Defendant. | CASE NO: 2:11-cr-00247-JAD-CWH<br><br>**GOVERNMENT AND DEFENDANT WAITE'S STIPULATION AND RECOMMENDATION FOR COURT-APPOINTED COMPETENCY EVALUATOR** |

It is hereby stipulated and agreed, by and between Daniel G. Bogden, United States Attorney, through Patrick Burns, Assistant United States Attorney, and Todd Leventhal, Esq., counsel for Defendant WENDELL LEROY WAITE, to request appointment of Dr. Martha B. Mahaffey, Ph.D. as the court-appointed neutral expert to evaluate Defendant WAITE's competency to stand trial in this case.

This Stipulation is entered into for the following reasons:

1. Defendant WAITE has filed motions for a competency evaluation in this case and a companion case, *United States v. Wendell Leroy Waite*, 2:13-cr-00354-JCM-PAL (the companion case). On November 3, 2016, the court in the companion case held a hearing regarding Defendant WAITE's Motion for Competency Evaluation (ECF No. 59). At the hearing, the Government did not oppose the conducting of a competency evaluation based only upon the defense proffer of concerns regarding WAITE's competency. Defendant WAITE filed a similar

motion in this case as well.

2.   The court in the companion case ordered the parties to meet and confer and arrive at a mutually agreed selection of a qualified professional to perform the evaluation.

3.   Counsel for both the Government and Defendant WAITE were able to confer and agree that they would mutually recommend Dr. Martha Mahaffey, Ph.D., to the Court as the qualified professional to perform Defendant WAITE's competency evaluation. Dr. Mahaffey is a board certified clinical psychologist whose practice includes performing competency evaluations in criminal cases and assessments pursuant to *Atkins v. Virginia*, 536 U.S. 304, 122 S. Ct. 2242, 153 L. Ed. 2d 335 (2002). Dr. Mahaffey is based in Reno, Nevada, but also frequently practices in Las Vegas, Nevada. Dr. Mahaffey is highly qualified to perform the competency evaluation in this case, and her curriculum vitae indicates she has consulted with both prosecutorial and indigent defense entities.

4.   On November 10, 2016, the court in the companion case entered an order appointing Dr. Mahaffey to conduct the competency evaluation of Defendant WAITE within ninety days from the date of that order, which would be February 8, 2017.

5.   For purposes of judicial efficiency, economy, and consistency, the parties request that, in resolving the issue of Defendant WAITE's competency to stand trial, this Court also

appoint Dr. Mahaffey as the competency evaluator in this case, and utilize the report generated by her in the companion case.

Dated this 19th day of December, 2016

| LEVENTHAL AND ASSOCIATES | DANIEL G. BOGDEN<br>United States Attorney |
|---|---|
| By: /s/<br>TODD LEVENTHAL, Esq.<br>Counsel for Defendant WAITE | By: /s/<br>PATRICK BURNS<br>Assistant United States Attorney |

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:11-cr-00247-JAD-CWH |
| Plaintiff, | |
| vs. | |
| WENDELL LEROY WAITE, | **ORDER** |
| Defendant. | |

## ORDER

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that in accordance with Title 18, United States Code, Sections 4241, 4242, 4247, and Rule 12.2(c) of the Federal Rules of Criminal Procedure, Dr. Martha B. Mahaffey, Ph.D., is hereby appointed to conduct a psychological evaluation to determine:

(1)   whether defendant WENDELL LEROY WAITE may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense.

IT IS FURTHER ORDERED that by February 8, 2017, or such additional period as may be ordered by the Court, Dr. Mahaffey shall prepare, or cause to be prepared, a psychiatric or psychological report to the Clerk of the United States District Court for the District of Nevada, to Patrick Burns, Assistant United States Attorney, and to Todd Leventhal, Esq., counsel for defendant.

IT IS FURTHER ORDERED that the said report prepared pursuant to this Order shall include:

(1) Defendant's history and present symptoms;

(2) A description of the psychiatric, psychological, or medical tests that were employed and their findings;

(3) The examiner's findings;

(4) The examiner's opinions as to diagnosis, prognosis, and whether the defendant is competent to stand trial, the test of which is whether he may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Court finds that the period of time required by the above-described psychiatric or psychological examination of defendant, and the Court's determination of defendant's competency to stand trial and his sanity at the time of the offense charged is excludable time under the United States Constitution, the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A), and Rule 5.1 of the Federal Rules of Criminal Procedure.

Dated this 20 day of December, 2016

By: _____
HON. CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE