**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**
-oOo-

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

WENDELL LEROY WAITE,

          Defendant.

Case No.: 2:11-cr-00247-JAD-CWH

**ORDER DISMISSING THE INDICTMENT AS TO DEFENDANT WENDELL WAITE**

    Under Federal Rules of Criminal Procedure Rule 48(a), and by leave of Court endorsed hereon, the Acting United States Attorney for the District of Nevada hereby dismisses, as to Defendant Wendell Waite only, the Criminal Indictment filed on July 5, 2011.  Leave of Court is granted for the filing of the foregoing dismissal and the case is dismissed as to Defendant Wendell Waite only.  The hearing previously scheduled for March 24, 2017 at 9:00 AM is hereby vacated.

                DATED this 23rd day of March, 2017.

                _____
                JUDGE JENNIFER A. DORSEY
                United States District Judge